**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

DENNIS HARRIS, )
)
          Plaintiff, )
)
v. )     Case No. 4:16-cv-648
)
SAINT LUKE'S NORTHLAND )
HOSPITAL, )
)
        Defendant.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446(d), Defendant Saint Luke's Northland Hospital ("Saint Luke's North") hereby gives notice of the removal of this cause of action to the United States District Court for the Western District of Missouri, Western Division. In support of this Notice of Removal, Saint Luke's North states the following:[1]

### I.    BACKGROUND AND PROCEDURAL HISTORY

1. On or about May 5, 2016, Plaintiff Dennis Harris ("Plaintiff") commenced this action against Saint Luke's North in the Circuit Court of Clay County, Missouri (Case No. 16CY-CV03763).

2. Plaintiff served Saint Luke's North with the Summons and Complaint on May 20, 2016. *See* Complaint, attached as Exhibit B.

3. Plaintiff's Complaint consists of four counts:

    a. Count I Hostile Work Environment, which Plaintiff purports to bring under the Missouri Human Rights Act ("MHRA");

---

[1]*See* Exhibit A, Civil Cover Sheet seeking removal to the Western District of Missouri.

1

b. Count II Discrimination Based on Race, which Plaintiff purports to bring under the MHRA;

c. Count III Unlawful Discrimination in Violation of the Equal Pay Act, which Plaintiff purports to bring under the Equal Pay Act; and

d. Count IV Unlawful Discrimination Based on Sex, which Plaintiff purports to bring under the MHRA.

## II. GROUNDS FOR REMOVAL

4. Plaintiff's claim alleged in Count III gives this Court original jurisdiction over this action pursuant to 28 U.S.C. § 1331 and § 1343.

5. This action may be removed to this Court pursuant to 28 U.S.C. § 1441.

6. This Court has original jurisdiction over Plaintiff's alleged federal claims. *See* Exhibit B page 7, Count III.

7. Plaintiff asserts a claim arising under federal law in the heading of Count III, which is titled: "**COUNT III – UNLAWFUL DISCRIMINATION IN VIOLATION OF THE EQUAL PAY ACT against Defendant**." Exhibit B at page 7, Count III.

8. Count III alleges "Plaintiff was wrongly discriminated from his employment because of not being paid equally for the work he did." Exhibit B ¶27. Because Plaintiff asserts he was "not being paid equally for the work he did" under the Count III heading alleging a violation of the Equal Pay Act, Count III is a federal claim. *See* Exhibit B at ¶27 and Count III heading.

KCP-4708444-2

**III.    VENUE**

9.   Venue for this removal action is proper in the United States District Court for the Western District of Missouri because the territorial jurisdiction of this Court includes the Circuit Court of Clay County, Missouri at Kansas City, in which Plaintiff filed his Complaint.

10. Removal to this particular Court is therefore proper under 28 U.S.C. § 1441(a).

**IV.    COMPLIANCE WITH REMOVAL PROVISIONS**

11. Saint Luke's North received formal service on May 20, 2016. Pursuant to 28 U.S.C. § 1446(b), Saint Luke's North timely filed this Notice of Removal within 30 days of receiving service of Plaintiff's Complaint, the initial pleading setting forth the claim for relief and containing grounds for removal.

12. Saint Luke's North has attached all process, pleadings, and orders served upon it as Exhibit C, as required by 28 U.S. C. § 1446(a).

13. After filing this Notice, the undersigned will provide written notice to Plaintiff and file a copy with the Circuit Clerk of Clay County, Missouri, as required by 28 U.S.C. § 1446(d).

14. Saint Luke's North reserves the right to amend or supplement this Notice of Removal.

15. Saint Luke's North reserves any and all defenses to the claims alleged by Plaintiff.

16. For the foregoing reasons, Saint Luke's North hereby requests that the above-captioned state court action be removed to this Court from the Circuit Court of Clay County, Missouri at Kansas City.

3

Respectfully Submitted,

*/s/Alyssa S. Gonnerman*

| | |
|---|---|
| Jeffrey D. Hanslick | MO Bar No. 46693 |
| Alyssa Gonnerman | MO Bar No. 67137 |

Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone:  816.983.8000
Facsimile:  816.983.8080
jeffrey.hanslick@huschblackwell.com
alyssa.gonnerman@huschblackwell.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that on the 20th day of June 2016, Defendant served the above and foregoing via ECF notification and United States mail, postage pre-paid to:

Brian J. Klopfenstein
215 Platte Clay Way, Suite B
Post Office Box 897
Kearney, MO 64060-0897
bjkattorney@fairpoint.net

**ATTORNEY FOR PLAINTIFF**

*/s/Alyssa S. Gonnerman*
**Attorney for Defendant**

4